# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| DINA LEVY, AS CURATOR FOR KRISTEN LEVY, | ) ) ) | |
| PLAINTIFF | ) ) | Civil Action No. 3:24-CV-354-GNS |
| vs. | ) ) | |
| GREIF INC., | ) ) | Removed from: Jefferson Circuit Court |
| DEFENDANT | ) ) ) ) ) ) | Case No. 24-CI-002958 |

## NOTICE OF REMOVAL

Comes Defendant, Greif, Inc. hereinafter referred to as "Greif," unless the context requires otherwise, by counsel, pursuant to 28 U.S.C.A. §§ 1441 and 1446, and 28 U.S.C. § 1332, and to hereby notify the Court that the above-captioned matter has been removed from the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No. 24-CI-002958 (hereinafter the "Action"), to this Court for trial and determination, and in support states:

1. This Action was originally filed on or about April 26, 2024, in the Jefferson Circuit Court, Jefferson County, Kentucky. The Plaintiff, Dina Levy, curator for Kristen Levy, alleges that on or about April 30, 2023, Greif negligently loaded and packed the cargo into the trailer Plaintiff's ward was hauling which resulted in the cargo becoming causing Plaintiff's ward's truck to overturn and, causing her to suffer severe bodily injuries. Plaintiff asserts claims of negligence, negligent hiring, training, and supervision, against Defendant Greif.

2. Greif was served with the Complaint through the Kentucky Secretary of State on or about May 23, 2024.

3. Given the weight of Plaintiff's claims pled in the Complaint it is understood the amount in controversy would be sufficient to satisfy 28 U.S.C.A. §§ 1332(a). Therefore, removal is appropriate and timely under 28 U.S.C.A. §§ 1446(b)(1) and 1446(c).

4. A copy of the Complaint is attached hereto as **Exhibit "A".**

5. A copy of Plaintiff's Amended Complaint is attached hereto as **Exhibit "B".**

6. Plaintiff is a resident and citizen of the Parish of Orleans, Louisiana as specifically alleged in the Complaint.

7. Defendant, Greif is a Delaware Corporation duly licensed and authorized to transact business in the state of Ohio, with its principal place of business located at 425 Winter Road, Delaware, Ohio 43015.

8. Defendant Greif's registered service agent is Corporation Service Company, located at 1160 Dublin Road, Suite 400, Columbus, Ohio 43215.

9. Plaintiff alleges that as a direct and proximate cause of the accident, she has suffered 1) past, present and future medical expenses 2) past present and future physical pain and suffering 2) past present and future mental anguish, aggravation, and annoyance 3) past present and future lost wages 4) loss of enjoyment of life 5) permanent impairment and 6) any other damages afforded by the law of the State of Kentucky.

10. This Action is one which may be removed to this Court by Defendant pursuant to 28 U.S.C.A. §§ 1441 and 1446, and over which this Court has original jurisdiction pursuant to or in that diversity of citizenship exists between the Plaintiff and the Defendant hereto, and the

amount in controversy exceeds $75,000.00, exclusive of interest and costs. Further, Defendant is in compliance with 28 U.S.C.A. §§ 1446(C)(3).

11. On or about June 13, 2024, Defendant filed a "Notice of Filing of Notice of Removal of Civil Action" with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, a copy of which is attached hereto as **Exhibit "C".** On June 13, 2024, Defendant served a copy of said pleading upon counsel for the Plaintiff in this Action by First Class United States Mail, postage prepaid and via electronic filing through the state court system.

12. On or about the date of this filing, Defendant served upon counsel for the Plaintiff a copy of the "Notice of Removal of Civil Action."

13. On or about June 13, 2024, Defendant filed an Answer to Plaintiff's Complaint with the Clerk of the Jefferson Circuit Court, Jefferson County, Kentucky, a copy of which is attached hereto as **Exhibit "D".** On June 13, 2024, Defendant served a copy of said pleading upon counsel for the Plaintiff in this Action by First Class United States Mail, postage prepaid and via electronic filing through the state court system.

WHEREFORE, the Defendant Greig, Inc., by counsel, requests that this Court accept this Action for removal from the Jefferson Circuit Court, Jefferson County, Kentucky, for trial and determination, and that the Action now pending in the Jefferson Circuit Court, Jefferson County, Kentucky, Civil Action No. 24-CI-002958, be removed from that Court to this Court, and that no further proceedings be had in this matter in the Jefferson Circuit Court, Jefferson County, Kentucky, and such other and further relief as this Court would deem just.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

333 W. Vine Street, Ste. 1100
Lexington, KY 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001

By: */s/ Jillian D. House*
GREGG E. THORNTON
JILLIAN D. HOUSE
ALEXANDER W. WILCOX
*Counsel for Greif, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and the foregoing was sent electronically through the Court's CM/ECF system to the following:

Michael J. Fuller, Jr.
Farrell Fuller Law
270 Munoz Rivera Ave., Ste. 201
San Juan, PR 00918
*Counsel for Plaintiff*

*/s/ Jillian D. House*
GREGG E. THORNTON
JILLIAN D. HOUSE
ALEXANDER W. WILCOX

4854-3161-9015, v. 1