NOT ORIGINAL DOCUMENT
06/04/2024 11:12:12 AM
81357-1

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT

CASE NO: _____          DIVISION: _____

**DINA LEVY, CURATOR FOR**
**KRISTEN LEVY,**

    **Plaintiff**

vs.

**GREIF, INC.,**

    **Defendant.**

_____/

## COMPLAINT

**COME NOW**, Plaintiff, Dina Levy, ("Plaintiff"), by and through undersigned counsel, who hereby states and alleges as follows:

### PARTIES

1.  Plaintiff is an individual of full age and majority and resident of the Parish of Orleans, State of Louisiana who avers that she is the court-appointed curator of Kristen Levy ("Ms. Levy").

2.  Defendant, Greif, Inc., is a foreign corporation domiciled in the State of Ohio doing business in the State of Kentucky.

### JURISDICTION AND VENUE

3.  Venue is appropriate in Jefferson Circuit Court as (1) all or a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Louisville, Kentucky, Jefferson County, and (2) money damages are sought which are in excess of the jurisdictional amount necessary to invoke jurisdiction in this Court.

Filed          24-CI-002958    04/26/2024          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/04/2024 11:12:12 AM
81357-1

## FACTS

4. At all material times, the vehicle driven by Kristen Levy was carrying cargo, paper rolls, which were loaded into her trailer on or about April 30, 2023 at a Greif, Inc. facility by a Greif, Inc. employee.

5. On or about May 1, 2023, Kristen Levy, was traveling westbound on Interstate 64. While merging from Interstate 64 onto the ramp to Interstate 264 the paper rolls in the trailer came out of their casing causing the truck to become imbalanced causing the truck and trailer to strike a guardrail and overturn onto its side.

6. Ms. Levy was ejected from the truck.

7. At all material times, the vehicle driven by Kristen Levy was carrying cargo, paper rolls.

8. At all material times, the paper rolls were loaded into the trailer at a Greif, Inc. facility on or about April 30, 2023.

9. At all material times, the paper rolls were loaded into the trailer by an employee of Greif, Inc.

10. As a result of the accident, Kristen Levy sustained serious bodily injury. Ms. Levy sustained multiple broken bones, underwent amputation of her upper right extremity and has undergone several surgeries to treat injuries sustained as a result of this accident.

## NEGLIGENCE

11. Plaintiff realleges and reincorporates each and every allegation above as if fully set forth herein.

12. Greif, Inc. owed a duty to Plaintiff to ensure the cargo was loaded and packed in a manner that would not allow it to become unstable while enroute.

Filed          24-CI-002958    04/26/2024          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. ERIC J. HANER (630420)
COM : 000002 of 000004

NOT ORIGINAL DOCUMENT
06/04/2024 11:12:12 AM
81357-1

13. Greif, Inc. breached their duty when Greif, Inc. and an employee of Greif, Inc. negligently loaded the cargo into the trailer causing the cargo to come out of its casing thereby causing the truck driven by Ms. Levy to overturn.

14. As a direct and proximate cause of the acts and conduct of Greif, Inc. and employee(s) of Greif, Inc., Kristen Levy was severely injured.

15. Plaintiff invokes the doctrine of *respondeat superior* regarding the acts and omissions of Greif, Inc.'s officers, employees, or agents.

16. Greif, Inc. is vicariously liable and responsible for the negligent acts and omissions of its officers, employees, or agents, which negligent acts and omissions were the direct and proximate cause of Ms. Levy's sustained injuries.

17. At all times, Greif, Inc., through its employees, officers, or agents acting within the course and scope of their employment, owed a duty to Ms. Levy, to exercise reasonable care under the circumstances when loading the cargo into Ms. Levy's trailer. The duty was breached when the employees, officers, and/or agents failed to properly load the cargo into the trailer, failed to properly secure the cargo in the trailer so as to prevent it from becoming loose, detached or in any manner a hazard to others, and failed to inspect the weight of the cargo to avoid overloading and imbalance,

18. Specifically, the negligent acts and omissions, among many others, committed by Greif, Inc., are as follows:

   a. Failure to properly or adequately supervise its employee;

   b. Failure to properly or adequately train its employee;

   c. Negligently hiring a careless employee;

   d. Failure to have processes and procedures in place that would have prevented incorrect and/or overloading loading of the cargo;

   e. Failure to properly load the cargo into the trailer;

Presiding Judge: HON. ERIC J. HANER (630420)

COM : 000003 of 000004

Case 3:24-cv-00354-GNS-RSE   Document 1-1   Filed 06/13/24   Page 4 of 4 PageID #: 8

Filed                 24-CI-002958    04/26/2024                David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL
DOCUMENT
06/04/2024 11:12:12
AM
81357-1

  f. Failure to properly secure the cargo in the trailer so as to prevent it from becoming loose, detached or in any manner a hazard to others; and

  g. Failure to inspect the weight of the cargo to avoid overloading and imbalance.

19. Defendant and its employees, officers, and agents are liable to Ms. Levy for all damages flowing from their conduct, including but not limited:

  a. Past, present and future medical expenses;

  b. Past, present and future physical pain and suffering;

  c. Past, present and future mental anguish, aggravation, and annoyance;

  d. Past, present and future lost wages;

  e. Loss or impairment of future earning capacity;

  f. Loss of enjoyment of life;

  g. Permanent impairment; and

  h. Any other damages afforded by the law of the State of Kentucky.

## JURY DEMAND

20. Plaintiff requests a jury trial for all issues triable by jury.

**WHEREFORE**, Plaintiff, Dina Levy, curator for Kristen Levy, prays for judgment against Defendant, Greif, Inc., together with all court cots, legal interests from the date of judicial demand until paid, all costs of these proceedings, and any other damages or relief permitted by operation of law.

Respectfully submitted this 26th day of April, 2024

/s/ Michael J. Fuller, Jr. _____
Michael J. Fuller, Jr., Bar No. 93574
**FARRELL FULLER LAW**
270 Munoz Rivera Ave, Ste. 201
San Juan PR 00918
Telephone: 939-293-8244
Facsimile: 939-293-8245
mike@farrellfuller.com
*Attorney for Plaintiff*