NOT ORIGINAL DOCUMENT
06/04/2024 11:05:41 AM
81357-1

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**

CASE NO: 24-CI-002958               DIVISION: _____

**DINA LEVY, CURATOR FOR**
**KRISTEN LEVY,**

    Plaintiff

vs.

**GREIF, INC.,**

    Defendant.

_____/

## FIRST AMENDED COMPLAINT

**COME NOW**, Plaintiff, Dina Levy, ("Plaintiff"), by and through undersigned counsel, who hereby states and alleges as follows:

*By adding paragraph 2a to read as follows:*

    2(a)    Defendant, Greif Packaging, LLC is a foreign corporation domiciled in the State of Ohio doing business in the State of Kentucky.

*By amending paragraph 4 to read as follows*

    At all material times, the vehicle driven by Kristen Levy was carrying cargo, paper rolls, which were loaded into her trailer on or about April 30, 2023 and improperly secured at a Greif, Inc. And Greif Packaging, LLC facility by a Greif, Inc. and Greif Packaging, LLC employee(s).

*By amending paragraph 8 to read as follows:*

    At all material times, the paper rolls were loaded into the trailer and improperly secured at a Greif, Inc. and Greif Packaging, LLC facility on or about April 30, 2023.

*By amending paragraph 9 to read as follows:*

At all material times, the paper rolls were loaded into the trailer by an employee of Greif, Inc. and Greif Packaging, LLC.

*By amending paragraph 12 to read as follows:*

Greif, Inc. And Greif Packaging, LLC owed a duty to Plaintiff to ensure the cargo was loaded and packed/secured in a manner that would not allow it to become unstable while en route.

*By amending paragraph 13 to read as follows:*

Greif, Inc. and Greif Packaging LLC breached their duty when they and their employees negligently loaded and secured the cargo into the trailer causing the cargo to come out of its casing thereby causing the truck driven by Ms. Levy to overturn.

*By amending paragraph 14 to read as follows:*

As a direct and proximate cause of the acts and conduct of Greif, Inc., Greif Packaging, LLC and their employee(s) Kristen Levy was severely injured.

*By amending paragraph 15 to read as follows:*

Plaintiff invokes the doctrine of *respondeat superior* regarding the acts and omissions of Greif, Inc.'s and Greif Packaging, LLC's officers, employees, or agents.

*By amending paragraph 16 to read as follows:*

Greif, Inc. and Greif Packaging, LLC are vicariously liable and responsible for the negligent acts and omissions of their officers, employees, or agents, which negligent acts and omissions were the direct and proximate cause of Ms. Levy's sustained injuries

*By amending paragraph 17 to read as follows:*

At all times, Greif, Inc. and Greif Packaging, LLC, through their employees, officers, or agents acting within the course and scope of their employment, owed a duty to Ms. Levy, to exercise reasonable care under the circumstances when loading and securing the cargo into Ms.

NOT ORIGINAL DOCUMENT
06/04/2024 11:05:41 AM
81357-1
AMC : 000002 of 000004

Filed          24-CI-002958    06/04/2024          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/04/2024 11:05:41 AM
81357-1

Levy's trailer. The duty was breached when the employees, officers, and/or agents failed to properly load the cargo into the trailer, failed to properly secure the cargo in the trailer so as to prevent it from becoming loose, detached or in any manner a hazard to others, and failed to inspect the weight of the cargo to avoid overloading and imbalance.

*By amending paragraph 18 to read as follows:*

Specifically, the negligent acts and omissions, among many others, committed by Greif, Inc. and Greif Packaging, LLC, are including but not exclusively as follows:

a. Failure to properly or adequately supervise its employee;

b. Failure to properly or adequately train its employee;

c. Negligently hiring a careless employee;

d. Failure to have processes and procedures in place that would have prevented incorrect and/or overloading loading of the cargo;

e. Failure to properly load the cargo into the trailer;

f. Failure to properly secure the cargo in the trailer so as to prevent it from becoming loose, detached or in any manner a hazard to others; and

g. Failure to inspect the weight of the cargo to avoid overloading and imbalance.

h. Failure to warn plaintiff of the improperly secured cargo.

i. Allowing cargo to leave in an unsafe condition.

*By amending paragraph 19 to read as follows:*

Defendants and their employees, officers, and agents are liable to Ms. Levy for all damages flowing from their conduct, including but not limited:

a   Past, present and future medical expenses;

Filed          24-CI-002958    06/04/2024          David L. Nicholson, Jefferson Circuit Clerk

AMC : 000003 of 000004

Filed          24-CI-002958    06/04/2024          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
06/04/2024 11:05:41 AM
81357-1

b. Past, present and future physical pain and suffering;

c. Past, present and future mental anguish, aggravation, and annoyance;

d. Past, present and future lost wages;

e. Loss of enjoyment of life;

f. Permanent impairment; and

g. Any other damages afforded by the law of the State of Kentucky.

*By amending paragraph 20 to read as follows:*

Plaintiff requests a jury trial for all issues triable by jury.

**WHEREFORE**, Plaintiff, Dina Levy, curator for Kristen Levy, prays for judgment against Defendant, Greif, Inc. and Greif Packaging, LLC, together with all court costs, legal interests from the date of judicial demand until paid, all costs of these proceedings, and any other damages or relief permitted by operation of law.

Respectfully submitted this the 4th day of June, 2024,

/s/Michael J. Fuller Jr.
Michael J. Fuller, Jr., KY Bar No. 93574
**Farrell Fuller Law**
270 Munoz Rivera Ave Ste. 201
San Juan, PR   00918
Telephone: (939) 293-8244
Fax: (939) 293-8245
mike@farrellfuller.com

*Attorney for Plaintiff*