UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| **DINA LEVY, CURATOR FOR KRISTEN LEVY,** | NO.   3:24-CV-00354-GNS-RSE |
| **Plaintiff** | CHIEF JUDGE: GREG STIVERS |
| vs. | MAGISTRATE: REGINA EDWARDS |
| **GREIF, INC.; ET AL,** | |
| **Defendants.** | |

### SECOND AMENDED COMPLAINT

**COMES NOW**, Plaintiff, Dina Levy, ("Plaintiff"), by and through undersigned counsel, who hereby amends the prior complaints, with written agreement by counsel for defendants, as follows:

*By adding paragraph 2b to read as follows:*

Defendant, Jignesh Desai, (Desai) is a person of the full age of majority and medical healthcare provider and physician domiciled in the State of Kentucky.

*By adding paragraph 2c to read as follows:*

Defendant, Kindred Hospitals Limited Partnership dba Kindred Hospital - Louisville at Jewish, (Kindred) is a limited partnership doing business in the State of Kentucky, operating in the western district. The partners are Kindred Nursing Centers Limited Partnership with its principal place of business in Kentucky and Kindred Hospitals, West, LLC with its principal place of business in the state of Kentucky.

*By adding paragraph 2d to read as follows:*

Defendant, UofL Health, Inc. (UofL) is a nonprofit corporation authorized to do and doing business in the Western District of Kentucky incorporated in the State of Kentucky and principal place of business in the State of Kentucky.

*By adding paragraph 2e to read as follows:*

Defendant, Lifepoint Health, Inc. (Lifepoint) is a foreign corporation incorporated in Delaware with its principal place of business in Tennessee and doing business in the Western District of Kentucky.

*By adding paragraph 2f to read as follows:*

Defendant, JEWISH HOSPITAL & ST. MARY'S HEALTHCARE, INC. dba Frazier Rehab Institute (Frazier) is a nonprofit corporation incorporated in the State of Kentucky.

*By adding paragraph 19a   to read as follows:*

A Rule 26F conference was held and Greif, Inc. and Greif Packaging, LLC has indicated that it seeks to explore and allege fault of medical providers as to damages of plaintiff.

*By adding paragraph 19b to read as follows:*

In an abundance of caution and to ensure all potential parties are joined, plaintiff avers Desai, Kindred, Lifepoint, Frazier and UofL are also responsible for damages to Levy in addition to Grief, Inc. and Greif Packing, LLC.

*By adding paragraph 19( c) to read as follows:*

Following Levy's motor vehicle accident, she received medical care from Desai, Kindred, UofL, Frazier and Lifepoint.

*By adding paragraph 19(d) to read as follows:*

Unfortunately, on July 7, 2023 while still under doctors care for the motor vehicle accident, Levy suffered a cerebral hemorrhage which rendered her mentally unsound, disabled, and a condition to which the disability remains.

*By adding paragraph 19(e) to read as follows:*

Plaintiff avers that Greif, Inc and Greif Packaging, LLC were the cause of the motor vehicle accident and resulting injuries.    However, these medical providers are being added to the extent

2

that they rendered improper care following that incident; rendered treatment that was below the standard of care; and/or breached of the standard of care which contributed to the cerebral hemorrhage, which was set in motion by Grief, Inc. and Grief Packaging.  Plaintiff pleads their liability as well so that fault of all potential parties can be adjudicated at the trial of this matter. Plaintiff specifically pleads commission of medical malpractice against these defendants resulting in damages.   The defendants are brought together as the injuries overlap between the parties and Greif, Inc and Greif Packaging, LLC will seek to assert causation as to the medical providers still providing treatment inpatient post accident.

*By adding paragraph 19(f) to read as follow*

At all material times Desai was under the employ of Kindred and/or UofL and/or Lifepoint and/or Frazier and plaintiff pleads the theories of respondeat superior and vicarious liability against these entities in addition to the individual liability of Desai.

*By amending paragraph 20 to read as follows:*

Plaintiff requests a jury trial for all issues triable by jury.

**WHEREFORE**, Plaintiff, Dina Levy, curator for Kristen Levy, prays for judgment jointly, severally and in solido against Defendant, Greif, Inc. and Greif Packaging, LLC, and to the extent necessary further against Kindred Hospitals Limited Partnership dba Kindred Hospital - Louisville at Jewish; UofL Health Inc., Lifepoint Health, Jewish Hospital & St. Mary's Healthcare, Inc. and Jignesh Desai together with all court cots, legal interests from the date of judicial demand until paid, all costs of these proceedings, and any other damages or relief permitted by operation of law.

Respectfully submitted, this 2nd day of July, 2024,

/s/ Michael J. Fuller Jr.
Michael J. Fuller, Jr., Bar No. 93574
**Farrell Fuller Law**
270 Munoz Rivera Ave. Ste. 201
San Juan, PR   00918
Telephone: (939) 293-8244
Fax: (939) 293-8245
mike@farrellfuller.com

**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via the Court's E-Portal Filing for electronic delivery to all counsel of record on this 2nd day of July, 2024.

 /s/ Michael J. Fuller, Jr.
Michael J. Fuller, Jr., Bar No. 93574
**Farrell Fuller Law**
270 Munoz Rivera Ave. Ste. 201
San Juan, PR   00918
Telephone: (939) 293-8244
Fax: (939) 293-8245
mike@farrellfuller.com

*Counsel for Plaintiff*

4