UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY (LOUISVILLE)

| | |
|---|---|
| **DINA LEVY, CURATOR FOR KRISTEN LEVY,** | **NO.  3:24-CV-00354** |
| **Plaintiff** | **JUDGE:  STIVERS** |
| vs. | **MAGISTRATE: EDWARDS** |
| **GREIF, INC.; ET AL,** | |
| Defendant. | |

### THIRD AMENDED COMPLAINT

**COMES NOW**, Plaintiff, Dina Levy, ("Plaintiff"), by and through undersigned counsel, who hereby amends the prior complaints, with written agreement by counsel for defendants, as follows:

*By adding paragraph 2g to read as follows:*

Defendant, MTL TRUCKING, INC. (MTL) is a foreign corporation incorporated in the State of Illinois with principal place of business in the State of Illinois.

*By adding paragraph 19g  to read as follows*

A recent court conference was held and the Greif defendants have indicated they seek to explore and allege fault of MTL as to damages of plaintiff.

*By adding paragraph 19h to read as follows:*

Plaintiff has alleged the fault of these Greif defendants, but in an abundance of caution, and only to the extent that Greif elicits facts to show any fault on MTL, plaintiff adds MTL as an additional defendant.

**WHEREFORE**, Plaintiff, Dina Levy, curator for Kristen Levy, prays for judgment jointly, severally and in solido against all current defendants including, Greif, Inc. and Greif Packaging, LLC, and to the extent necessary further against Kindred Hospitals Limited Partnership dba Kindred Hospital - Louisville at Jewish; UofL Health Inc., UofL Health-Louisville, Inc. Dba UofL Health-Frazier Rehab Institute, Jignesh Desai and MTL Trucking Inc. together with all court cots, legal interests from the date of judicial demand until paid, all costs of these proceedings, and any other damages or relief permitted by operation of law.

Respectfully submitted

*/s/ Timothy Richardson*
Pro Hac Vice
LA State Bar Bar No. 27625
PO Box 310
Madisonville, La 70447
985 302 3022
fax: 504 335 2275
tim@rlgroup-law.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via the Court's E-Portal Filing for electronic delivery to all counsel of record on this 30th day of April, 2025.

*/s/ Timothy Richardson*
Pro Hac Vice
LA State Bar Bar No. 27625
PO Box 310
Madisonville, La 70447
985 302 3022
504 335 2275
tim@rlgroup-law.com
***Counsel for Plaintiff***