UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00354-GNS-RSE

DINA LEVY,
as Curator for Kristen Levy                                                                    PLAINTIFF

v.

GREIF INC. et al.                                                                              DEFENDANTS

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed the Report and Recommendation (DN 87) regarding the Motion for Contempt and Sanctions (DN 69) filed by Defendants Greif, Inc. and Greif Packing, LLC ("Greif Defendants"), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Report and Recommendation (DN 87) is **ADOPTED**, and Greif Defendants' Motion for Contempt and Sanctions (DN 69) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Court finds that Defendant MTL Trucking, Inc. is in civil contempt of Court pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vii).

2. Defendant MTL Trucking Inc. **SHALL** produce its file by **August 1, 2025**.

3. As a sanction for its civil contempt, Defendant MTL Trucking, Inc. **SHALL** pay all costs and attorneys' fees incurred by Greif Defendants related to the Motion to Compel, the Motion for Contempt, and the show cause hearing. Counsel for Greif Defendants **SHALL**

submit their costs and attorneys' fees by **August 1, 2025**. Defendant MTL Trucking, Inc. **SHALL** remit payment to counsel for Greif Defendants by **September 2, 2025**.

Greg N. Stivers, Chief Judge
United States District Court

July 15, 2025

cc: counsel of record
Goran Kostic, MTL Trucking, Inc., 24472 Miller Rd., Steger, IL  60475